```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
STACY ROMEO, CARI DEVAUL CASTILLO


                Plaintiffs,

        -against-                        MEMORANDUM AND ORDER
                                         09-CV-02253(JS)(WDW)


SUFFOLK READY MIX LLC, RICHARD M. VALENTINO,


                Defendants.
----------------------------------------X
```

APPEARANCES:

For Stacy Romeo &
Cari De Vaul Castillo:         Jonathon M. Goidel, Esq.
                               Goidel & Siegel LLP
                               122 East 42nd Street
                               New York, NY 10168

For Suffolk Ready Mix LLC:     Mark J. Hanlon, Esq.
                               Fiedelman & McGaw
                               2 Jericho Plaza
                               Jericho, NY 11753

For Richard M. Valentino:      Mark J. Hanlon, Esq.
                               Fiedelman & McGaw
                               2 Jericho Plaza
                               Jericho, NY 11753

                               Henri A. Demers, Esq.
                               Ahmuty Demers & McManus
                               200 I U Willets Rd
                               Albertson, NY 11507

SEYBERT, District Judge:

Presently pending before the Court are Defendants' motions to consolidate this case with 09-CV-1818, and for leave to file a third party complaint. Before dealing with these motions, however, the Court must be satisfied that subject matter jurisdiction exists.

Here, Plaintiffs are California citizens who premise their suit on diversity jurisdiction. And one of the Defendants, Suffolk Ready Mix LLC, is a limited liability company. For diversity purposes, a limited liability company is a citizen of every state that its members are citizens of. See Handelsman v. Bedford Village Associates Ltd. Partnership, 213 F.3d 48, 51 (2d Cir. 2000); Castillo Grand LLC v. Sheraton Operating Corp., 09-CV-7197, 2009 WL 4667104, *1 (S.D.N.Y. 2009). Consequently, within thirty (30) days, Suffolk Ready Mix LLC is directed to file and serve: (1) a declaration setting forth the relevant facts concerning the citizenship of each of its members; and (2) documentation supporting these relevant facts.

SO ORDERED.

/s/
Joanna Seybert, U.S.D.J.

Dated: January 21, 2009
       Central Islip, New York